JW550

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C 1983.

NAME __WEAVER__  __WILLIE__
       (LAST)     (FIRST)    (IN)

PRISON NUMBER __J-91385__

FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INSTITUTION ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__WILLIE WEAVER__
(ENTER THE FULL NAME
OF PLAINTIFF IN THIS ACTION)

VS.

__CORRECTIONAL OFFICER MOUSER__

E-filing

(ENTER THE FULL NAME
OF DEFENDANT(S) IN THIS ACTION)

CASE NO. __CV 08 0958 JW (PR)__
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES

NOTE! YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE YOUR CLAIM CAN GO FORWARD, THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS).

A. PLACE OF PRESENT CONFINEMENT __P.S.P__
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE

1. COMPLAINT                    -1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
   YES ( )   NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
   EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT, HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
PELICAN BAY STATE PRISON
CORRECTIONAL OFFICER MOUSER

COMPLAINT                    - 2 -

STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 02/05/08 correctional officer had plaintiff signed false documents from the United States District Court for Central District and gave plaintiff confidential legal mail from another district. This is harassment conspiracy. Plaintiff 1, 4, 8, 14 amendment right was violated. Defendant showed deliberate indifference under the eight amendment that constitue cruel unusual punishment.

IV. RELIEF

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Liability damages: 25,000 Twenty five thousand dollars due to: harrassment, conspiracy, U.S. Constitution violation, penal code violation

Punitive damages due to: mental anguish, stress disorder.

I declare under penalty of perjury that the forgoing is true and correct. Signed this 02 day of 06 2008

COMPLAINT                    - 3 -

WALLACE WEAVER
J. 91389 B2-210
PELICAN BAY STATE
PRISON P.O. BOX 7500
CRESCENT CITY, CA.
95531



CONFIDENTIAL
LEGAL MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE
SAN FRANCISCO, CA 94102