**FILED**

~~MAY~~ JAN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

05/13/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
　PLAINTIFF,
VS.
CORRECTIONAL OFFICER MOUSER,
　DEFENDANT,

CASE NO. CV-08-00958

NOTICE OF APPEAL

YOUR HONORABLE JUDGE:
OFFICE OF THE CLERK:

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER DISMISSED ENTERED IN THIS ACTION 04/24/08.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
PLAINTIFF,

VS.

CASE NO, CV-08-00958

CORRECTIONAL OFFICER

MOUSER,
DEFENDANT,

PROOF OF SERVICE

I hereby certify that on: 05/13/08, I served a copy of the attached: THREE EXACT MOTION NOTICE OF APPEAL

by placing a copy in a postage paid envelope addressed to the person(s) herein after listed, by depositing said envelope in the United States Mail at: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 94102,

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

_Willie Weaver_
SIGNATURE

WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY, CA.
95531.

CONFIDENTIAL
LEGAL MAIL

9410213661

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



MAILED FROM ZIP

**PELICAN BAY**
**P.S.U. UNIT B-2**

CASE NO: CV-08-
OFFICE OF THE C
IN THE UNITED S
DISTRICT COURT
NORTHERN DISTR
CALIFORNIA 450
CLERK UNITED STATES ATT A
SAN FRANCISCO,